

301 North Harrison Street, Suite 9F, Number 306, Princeton, NJ 08540
Tel: (201) 687-9977 Facsimile: (201) 595-0308 Toll: (866) 216-4124
Florida ● New Jersey ● New York

February 15, 2018

**VIA CM/ECF**
Hon. Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:** *Colon v. National Broadband Communications. LLC.,*
       Case No. 1:16-cv-249(FB)(RER)

Dear Judge Reyes:

Per this Honorable Court's January 12, 2018, Dkt. Text Order, a discovery deadline of March 13, 2018, and a pretrial conference date of March 14, 2018, is currently set. All depositions are noticed to occur within the Court's deadline. However, the Court may recall that Defendants' solvency is a real concern and continued costly discovery and prolonged litigation will have the likely effect of forcing them into bankruptcy. The parties have been discussing the prospect of mediation, however, until today, the parties were unable to agree to the terms of mediation when the Plaintiffs finally agreed to pay 50% of the mediation costs for use of a mediator approved by the Eastern District of New York ("EDNY") Alternative Dispute Resolution ("ADR") program.

In the interests of judicial economy and so as to avoid the significant anticipated litigation costs forthcoming, the parties request this Honorable Court issue an order of referral to the EDNY ADR mediation panel as well as a stay of discovery for forty five (45) days, or through the end of March, 2018, so as to give the parties an opportunity to settle this matter. Should the parties be unable to come to a settlement of this matter, the parties request a new discovery deadline of May 15, 2018.

In light of the facts set forth herein, and the deadlines set forth above, the Plaintiffs, with the consent of Defendants, respectfully seek an order granting the relief requested herein. Thanking the Court in advance for its anticipated time and attention to this matter.

Sincerely,

/s Jodi J. Jaffe
Jodi J. Jaffe, Esq.
JAFFE GLENN LAW GROUP, P.A.
301 N. Harrison Street
Suite 9F, #306
Princeton, New Jersey 08540
Tel: (201) 687-9977
Fax: (201) 595-0308
Jjaffe@JaffeGlenn.com


Martin E. Restituyo, Esq.
Law Offices of Martin E. Restituyo P.C.
1345 Avenue of the Americas, 2nd Floor
New York, New York 10105
Tel:  212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com